## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER F. SPRAGUE, | : |
| Plaintiff, | : Civ. No. 99-5571 (GEB) |
| v. | : |
| | : **ORDER** |
| MEDICAL WORLD COMMUNICATIONS, INC., NOVICOM, INC., ROMAINE PIERSON PUBLISHERS, INC., MEDICAL WORLD BUSINESS PRESS, INC., DENTAL LEARNING SYSTEMS CO., INC., JOHN J. HENNESSY II, MEDIA/COMMUNICATIONS PARTNERS II LIMITED PARTNERSHIP, CHRISTOPHER S. GAFFNEY, M/CP II LIMITED PARTNERSHIP d/b/a M/C PARTNERS, M/C II GENERAL PARTNER-D, INC., M/C II GENERAL PARTNER-R, INC., M/C II GENERAL PARTNER-S, INC., M/C II GENERAL PARTNER-J, INC., M/C II GENERAL PARTNER-C, INC., M/C II GENERAL PARTNER-H, INC., | : |
| Defendants. | : |

This matter having come before the Court upon defendants' motions to dismiss the First Amended Complaint[1]; and

IT APPEARING TO THE COURT that this case was closed on July 18, 2003 pursuant to a Stipulation and Order dismissing the action with prejudice; and

IT FURTHER APPEARING TO THE COURT that the above Stipulation and Order was entered pursuant to a Settlement Agreement between the United States and defendants; and

---

[1] The case caption on this Order includes defendants added in the First Amended Complaint filed on September 30, 2003.  Defendants have moved to dismiss the First Amended Complaint as to any/all counts alleged therein as directed against them

IT FURTHER APPEARING TO THE COURT that on September 19, 2003, Plaintiff's motion for leave to file an Amended Complaint was granted;

IT IS this    27th    day of February, 2004;

ORDERED that this case is REOPENED.

                                                s/ Garrett E. Brown, Jr.
                                      GARRETT E. BROWN, JR., U.S.D.J.